## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. 17.1(A):

2010–1874.   State ex rel. Brammer v. Indus. Comm.
Franklin App. No. 10AP–106, 2010-Ohio-4608.

2010–2062.   State ex rel. Access/GWC, Inc. v. Ohio Bur. of Workers' Comp.
Franklin App. No. 09AP–958, 2010-Ohio-5076.

2010–2073.   Maple Heights City School Dist. Bd. of Edn. v. Cuyahoga Cty. Bd. of Revision.
Board of Tax Appeals, No. 2008–K–993.

2010–2084.   State ex rel. Ingersoll Rand Co. v. Indus. Comm.
Franklin App. No. 10AP–254, 2010-Ohio-5362.

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. 17.1(E):

2010–1762.   [State ex rel.] Furlong v. Quinn.
In Mandamus.